# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2156

_____

United States of America,     *
    *
        Appellee,     *
    *    Appeal from the United States
      v.     *    District Court for the
    *    Western District of Missouri.
Manuel DeJesus Ocampo-Discua,     *      [UNPUBLISHED]
    *
        Appellant.     *

_____

Submitted: March 22, 2006
Filed: April 5, 2006

_____

Before WOLLMAN, MURPHY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

After a bench trial, the district court[1] found Manuel DeJesus Ocampo-Discua guilty of illegally reentering the United States after deportation, in violation of 8 U.S.C. § 1326(a), and sentenced him to 24 months in prison and a year of supervised release. This represented an upward departure under United States v. Booker, 543 U.S. 220 (2005), from the advisory Guidelines imprisonment range of 4-10 months. On appeal, Ocampo-Discua's counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the sentence is unreasonable.

_____

[1]The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.

We conclude that the sentence is not unreasonable. <u>See</u> <u>United States v. Dalton</u>, 404 F.3d 1029, 1032 (8th Cir. 2005) (standard of review). The district court relied on the numerous times that Ocampo-Discua had previously been deported, as well as certain aspects of his criminal history, factors which were appropriate for the district court to consider under 18 U.S.C. § 3553(a)(1)-(2) and which justify the upward departure.

After reviewing the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we have found no nonfrivolous issues for appeal. Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____